UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TERRY D. BUNDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| | ) No. 5:14-CV-55-FL |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 3, 2015, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. This matter is dismissed.

**This Judgment Filed and Entered on February 3, 2015, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Jamie D.C. Dixon (via CM/ECF Notice of Electronic Filing)

February 3, 2015                          JULIE RICHARD JOHNSTON, CLERK
                                           /s/ Susan W. Tripp
                                         (By) Susan W. Tripp, Deputy Clerk